DeLoach *et al. v.* Campbell *et al.*

Beck, P. J. There was sufficient evidence to authorize the verdict in this case; and the charges of the court upon the subject of prescription are not erroneous on the ground that the pleadings and the evidence did not authorize the same.

*Judgment affirmed. All the Justices concur.*

No. 2093. February 18, 1921.

Action of trespass. Before Judge Lovett. Bulloch superior court. May 7, 1920.

*Anderson & Jones* and *Johnston & Cone,* for plaintiffs.

*Deal & Renfroe,* for defendants.